| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brett, Dean R. | U.S. District Court, W.D., WA | 06/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Part-time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2015 to 06/15/2016 |

**7. Chambers or Office Address**

Dean R. Brett
1310 10th St, Suite 104
Bellingham, WA 98225

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Bellingham-Whatcom Public Facilities District, Board of Directors |
| 2. | Partner | Brett, McCandlis Brown |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Brett & Coats 401K Retirement Plan (see Pt VII, Line 1) |
| 2. | 2012 | Brett Murphy 401K Retirement Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Brett, McCandlis and Brown, PLLC | $530,371.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brett & Coats PLLC 401K 100% in S&P 500 Index Fund (At Schwab) | E | Int./Div. | P1 | T | | | | | |
| 2. | 1/6th Interest in Sumiyoshi Apt Building Bellevue, WA King | E | Rent | | | Sold | 06/02/15 | P1 | H1 | |
| 3. | US Bank via Trust UA 91-649xxxx | A | Int./Div. | J | T | | | | | |
| 4. | Brokerage Accounts Wayc....next 53 items | | | | | | | | | |
| 5. | Aetna | A | Int./Div. | | | Sold | 03/03/15 | J | A | |
| 6. | Alaska Air | A | Int./Div. | K | T | Buy | 05/18/15 | K | | |
| 7. | Am Elec Power | A | Int./Div. | | | Sold | 02/15/15 | J | A | |
| 8. | Avista | A | Int./Div. | J | T | | | | | |
| 9. | Ball Corp | A | Int./Div. | | | Sold | 09/04/15 | J | A | |
| 10. | CVS Health | A | Int./Div. | J | T | | | | | |
| 11. | Computer Sciences Corp | A | Int./Div. | | | Sold | 06/15/15 | J | A | |
| 12. | Cooper Tire | A | Int./Div. | | | Sold | 04/30/15 | J | A | |
| 13. | Dow Chemical | A | Int./Div. | | | Sold | 07/27/15 | J | A | |
| 14. | Hanesbrands | A | Int./Div. | | | Sold | 10/27/15 | J | A | |
| 15. | Icon PLC | A | Int./Div. | | | Sold | 09/30/15 | J | A | |
| 16. | Amerco | A | Int./Div. | K | T | Buy | 08/28/15 | K | | |
| 17. | Amgen | A | Int./Div. | K | T | Buy | 08/19/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kroger | A | Int./Div. | J | T | | | | | |
| 19. Magna Intl | A | Int./Div. | | | Sold | 01/16/15 | J | A | |
| 20. Mallinckrodt Pub | A | Int./Div. | | | Sold | 03/03/15 | J | A | |
| 21. Mylan Inc | A | Int./Div. | | | Sold | 04/08/15 | J | A | |
| 22. NXP Semiconductors | A | Int./Div. | | | Sold | 02/04/15 | J | A | |
| 23. PPG Indust | A | Int./Div. | | | Sold | 07/27/15 | J | A | |
| 24. Piper Jaffray Cos New | A | Int./Div. | | | Sold | 03/03/15 | J | A | |
| 25. Principal Financial | A | Int./Div. | | | Sold | 09/01/15 | J | A | |
| 26. Sanderson Farms | A | Int./Div. | | | Sold | 06/01/15 | J | A | |
| 27. Shire PLC | A | Int./Div. | | | Sold | 10/05/15 | J | A | |
| 28. Skechers USA | A | Int./Div. | J | T | | | | | |
| 29. SW Airlines | A | Int./Div. | | | Sold | 08/27/15 | J | A | |
| 30. Spirit Aerosystems | A | Int./Div. | J | T | | | | | |
| 31. SunLife | A | Int./Div. | | | Sold | 01/16/15 | J | A | |
| 32. United Rentals | A | Int./Div. | | | Sold | 08/07/15 | J | A | |
| 33. Whirlpool | A | Int./Div. | | | Sold | 03/03/15 | J | A | |
| 34. Oppenheimer Steelpath | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Investors Bankcorp | A | Int./Div. | K | T | Buy | 08/17/15 | K | | |
| 36. Lowes | A | Int./Div. | K | T | Buy | 12/28/15 | K | | |
| 37. Masco | A | Int./Div. | K | T | Buy | 11/20/15 | K | | |
| 38. Mastercard | A | Int./Div. | K | T | Buy | 07/30/15 | K | | |
| 39. N V R | A | Int./Div. | K | T | Buy | 07/30/15 | K | | |
| 40. Royal Carribean | A | Int./Div. | K | T | Buy | 12/18/15 | K | | |
| 41. Tesoro | A | Int./Div. | K | T | Buy | 11/20/15 | K | | |
| 42. UnitedHealth | A | Int./Div. | K | T | Buy | 07/09/15 | K | | |
| 43. Verisk Analytic | A | Int./Div. | K | T | Buy | 11/04/15 | K | | |
| 44. Verizon | A | Int./Div. | K | T | Buy | 06/29/15 | K | | |
| 45. Walt Disney | A | Int./Div. | K | T | Buy | 10/05/15 | K | | |
| 46. T. Rowe Price European Invesco | A | Int./Div. | J | T | | | | | |
| 47. SPDR S&P 500 | A | Int./Div. | J | T | | | | | |
| 48. Apple | A | Int./Div. | K | T | Buy | 10/05/15 | K | | |
| 49. Dycom Inc | A | Int./Div. | K | T | Buy | 12/02/15 | K | | |
| 50. Bank of NY Mellon | A | Int./Div. | K | T | Buy | 12/28/15 | K | | |
| 51. Citrix Sys | A | Int./Div. | K | T | Buy | 11/04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Columbia Sportswear | A | Int./Div. | K | T | Buy | 12/20/15 | K | | |
| 53. DR Horton | A | Int./Div. | K | T | Buy | 10/05/15 | K | | |
| 54. Union Pac Corp | A | Int./Div. | J | T | | | | | |
| 55. PPG Industries | A | Int./Div. | J | T | | | | | |
| 56. Vanguard Sm Cap Index | A | Int./Div. | J | T | | | | | |
| 57. Schwab Advisor Cash Reserves Sweep Shares | A | Int./Div. | J | T | | | | | |
| 58. IRA @ Merrill Lynch next 12 items | | | | | | | | | |
| 59. ACCO Brands | A | Int./Div. | J | T | | | | | |
| 60. Intel | A | Int./Div. | J | T | | | | | |
| 61. Kellogg Co. | A | Int./Div. | J | T | | | | | |
| 62. MEADWESTVACO | A | Int./Div. | J | T | | | | | |
| 63. Frontier Communications | A | Int./Div. | J | T | | | | | |
| 64. ML Ret. Reserves CL 1 | A | Int./Div. | J | T | | | | | |
| 65. Clorox | A | Int./Div. | J | T | | | | | |
| 66. Colonial Prop. | A | Int./Div. | J | T | | | | | |
| 67. GE | A | Int./Div. | J | T | | | | | |
| 68. Healthcare Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hersheys | A | Int./Div. | J | T | | | | | |
| 70. Verizon | A | Int./Div. | J | T | | | | | |
| 71. Lifetime Trust next 84 items | | | | | | | | | |
| 72. Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 73. Expeditors Intl Wash | A | Int./Div. | J | T | | | | | |
| 74. HJ Heinz Co | A | Int./Div. | J | T | | | | | |
| 75. QUALCOM | A | Int./Div. | J | T | | | | | |
| 76. ISHARES MSCI CDA IDX FD Et Al | A | Int./Div. | J | T | | | | | |
| 77. S A P AF ADR | A | Int./Div. | J | T | | | | | |
| 78. SECTOR SPDR MATERIALS FD | A | Int./Div. | J | T | | | | | |
| 79. Vanguarg Emerg. | A | Int./Div. | J | T | Buy | 09/04/15 | J | | |
| 80. SNAP ON INC | A | Int./Div. | J | T | | | | | |
| 81. Walt Disney | A | Int./Div. | J | T | | | | | |
| 82. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 83. Blackrock Inc | A | Int./Div. | J | T | | | | | |
| 84. Molex Inc | A | Int./Div. | J | T | | | | | |
| 85. Nextera Energy | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Norfolk Southern | A | Int./Div. | J | T | | | | | |
| 87. Plum Cr Timber | A | Int./Div. | J | T | | | | | |
| 88. Germany Index Fd | A | Int./Div. | J | T | | | | | |
| 89. Japan Index Fd | A | Int./Div. | J | T | | | | | |
| 90. Waste Mgmt | A | Int./Div. | J | T | | | | | |
| 91. RBC Bearing | A | Int./Div. | J | T | | | | | |
| 92. Chas. Schwab Muni Money Fund | B | Int./Div. | L | T | | | | | |
| 93. Schwab Sm Cap Index Fd | A | Int./Div. | J | T | | | | | |
| 94. Berkshire Hathaway CL B | A | Int./Div. | J | T | | | | | |
| 95. Coca Cola | A | Int./Div. | J | T | | | | | |
| 96. Abbott Labs | A | Int./Div. | J | T | | | | | |
| 97. Calif Resources | A | Int./Div. | J | T | Buy | 01/22/15 | J | | |
| 98. Check Point Software | A | Int./Div. | J | T | Buy | 05/06/15 | J | | |
| 99. Conoco Phillips 66 | A | Int./Div. | J | T | | | | | |
| 100. Costco Whsle Corp | A | Int./Div. | J | T | | | | | |
| 101. Cenovus Energy Inc | A | Int./Div. | | | Sold | 05/06/15 | J | A | |
| 102. Emerson Elec | A | Int./Div. | | | Sold | 05/6/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. GE | A | Int./Div. | J | T | | | | | |
| 104. Hewlett Packard | A | Int./Div. | | | Sold | 05/06/15 | J | A | |
| 105. Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 106. Kimberly-Clark | A | Int./Div. | J | T | | | | | |
| 107. Microsoft | A | Int./Div. | J | T | | | | | |
| 108. Paccar | A | Int./Div. | J | T | | | | | |
| 109. Pepsico | A | Int./Div. | J | T | | | | | |
| 110. Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 111. Royal Dutch Shell ADR | A | Int./Div. | J | T | | | | | |
| 112. Schlumberger LTD | A | Int./Div. | J | T | | | | | |
| 113. ABB Ltd ADR | A | Int./Div. | J | T | | | | | |
| 114. UPS | A | Int./Div. | J | T | | | | | |
| 115. Walgreen Co. | A | Int./Div. | J | T | | | | | |
| 116. Amazon | A | Int./Div. | J | T | Buy | 08/24/15 | J | | |
| 117. AT&T | A | Int./Div. | J | T | Buy | 01/10/15 | J | | |
| 118. Colgate | A | Int./Div. | J | T | Buy | 10/15/15 | J | | |
| 119. Washington Federal Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Scwab Int'l Index Fund | A | Int./Div. | J | T | | | | | |
| 121. Canon | A | Int./Div. | | | Sold | 05/06/15 | J | | |
| 122. Cisco | A | Int./Div. | J | T | | | | | |
| 123. EMC COrp | A | Int./Div. | J | T | | | | | |
| 124. Exxon-Mobil | A | Int./Div. | J | T | | | | | |
| 125. GlaxoSmithKline | A | Int./Div. | | | Sold | 05/16/15 | J | A | |
| 126. Intel | A | Int./Div. | J | T | | | | | |
| 127. Novo Nordisk | A | Int./Div. | J | T | | | | | |
| 128. Statoil ASA ADR | A | Int./Div. | J | T | | | | | |
| 129. Stryker | A | Int./Div. | J | T | | | | | |
| 130. Ishares MSCI Aust IDX Fd | A | Int./Div. | J | T | | | | | |
| 131. 3M | A | Int./Div. | J | T | | | | | |
| 132. ISHARES Switzerland Index Fund | A | Int./Div. | J | T | | | | | |
| 133. Harris Corp | A | Int./Div. | J | T | | | | | |
| 134. Chevron | A | Int./Div. | J | T | | | | | |
| 135. Cons Edison | A | Int./Div. | J | T | | | | | |
| 136. Powershares S&P Sm. | A | Int./Div. | K | T | Buy | 09/09/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Auto Data Processing | A | Int./Div. | J | T | | | | | |
| 138. United Tech | A | Int./Div. | J | T | | | | | |
| 139. MATTEL INC | A | Int./Div. | J | T | | | | | |
| 140. Starbucks | A | Int./Div. | J | T | | | | | |
| 141. Encana Corp | A | Int./Div. | | | Sold | 09/19/15 | J | A | |
| 142. The Southern Co | A | Int./Div. | | | Sold | 09/09/15 | J | A | |
| 143. Total SA ADR F | A | Int./Div. | J | T | | | | | |
| 144. Medtronic | A | Int./Div. | | | Sold | 09/09/15 | J | A | |
| 145. Occidental Pete | A | Int./Div. | J | T | | | | | |
| 146. Deere & Co | A | Int./Div. | J | T | | | | | |
| 147. Ishares NASDAQ Bio Fd | A | Int./Div. | J | T | | | | | |
| 148. Danaher Corp | A | Int./Div. | J | T | | | | | |
| 149. Schwab 1000 Index Fd | A | Int./Div. | J | T | | | | | |
| 150. Apple Inc | A | Int./Div. | J | T | | | | | |
| 151. Air Prod. & Chem. Inc | A | Int./Div. | J | T | | | | | |
| 152. Allergan Inc | A | Int./Div. | | | Sold | 09/09/15 | J | A | |
| 153. BP PLC ADR F | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. United Health | A | Int./Div. | J | T | Buy | 08/24/15 | J | | |
| 155. American Waterworks | A | Int./Div. | J | T | Buy | 10/16/15 | J | | |
| 156. Brokerage Acct#2, next 22 items | | | | | | | | | |
| 157. Cubesmart | A | Int./Div. | J | T | | | | | |
| 158. WESTAR ENERGY | A | Int./Div. | J | T | | | | | |
| 159. Kimberly Clark | A | Int./Div. | J | T | | | | | |
| 160. Astrazeneca PLC | A | Int./Div. | J | T | | | | | |
| 161. Automatic Data Proc | A | Int./Div. | J | T | | | | | |
| 162. Bank of Am | A | Int./Div. | J | T | | | | | |
| 163. Pacific Corp | A | Int./Div. | J | T | | | | | |
| 164. Bellsouth/AT&T | B | Int./Div. | L | T | | | | | |
| 165. Merrill Lynch Bank USA | B | Int./Div. | M | T | | | | | |
| 166. Citigroup Inc | C | Int./Div. | L | T | | | | | |
| 167. Coca Cola | A | Int./Div. | K | T | | | | | |
| 168. GE | B | Int./Div. | K | T | | | | | |
| 169. Johnson & Johnson | B | Int./Div. | L | T | | | | | |
| 170. Microsoft | B | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PACCAR | A | Int./Div. | J | T | | | | | |
| 172. Schlumberger LTD | A | Int./Div. | L | T | | | | | |
| 173. Vodaphone Gr PLC | A | Int./Div. | K | T | | | | | |
| 174. HCP | A | Int./Div. | J | T | | | | | |
| 175. Realty Incm Fund | A | Int./Div. | J | T | | | | | |
| 176. Exxon Mobil | A | Int./Div. | J | T | | | | | |
| 177. Seaspan | A | Int./Div. | J | T | | | | | |
| 178. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 179. IRA @ Merrill Lynch next 3 items: | | | | | | | | | |
| 180. Standard & Poor Dep Rec | A | Int./Div. | L | T | | | | | |
| 181. ML Bank USA RASP | A | Int./Div. | J | T | | | | | |
| 182. Washington Trust Bank | D | Int./Div. | M | T | | | | | |
| 183. 100% Interest in fixed assets of Brett, Murphy et al | | None | N | W | | | | | |
| 184. SPDR Russell 3000 ETF | C | Int./Div. | N | T | | | | | |
| 185. Peoples Bank MM Acct | B | Int./Div. | M | T | | | | | |
| 186. Peoples Bank 5 Accounts | A | Int./Div. | N | T | | | | | |
| 187. Business Condos Bellingham, Wa Whatcom County | E | Rent | O | W | Buy (add'l) | 08/28/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Vanguard Fds S&P 500 | A | Int./Div. | M | T | | | | | |
| 189. LPL Defined Benefit Plan S&P 500 | C | Int./Div. | O | T | | | | | |
| 190. Tri-Plex on Ashley, Whatcom Co. | D | Rent | N | W | Buy | 08/28/15 | N | | |
| 191. Pharmacy Bldg, Whatcom Co. | D | Rent | O | W | Buy | 08/28/15 | O | | |
| 192. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 06/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Unless otherwise indicated, all stock listings in Part VII are common stocks.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dean R. Brett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544